IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH L. SEYMORE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DTG OPERATIONS, INC.,<br><br>　　　　　Defendant.<br>_____/ | No. C 14-00257 JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　The Court has received the parties' joint case management statement. In the interest of efficiency, the Court shall CONTINUE the case management conference from June 13, 2014 to August 1, 2014 to provide time for the parties to complete court mediation. Should the case proceed, the parties shall file an amended joint case management by no later than July 25, 2014 setting out their specific proposals for upcoming deadlines and requested hearing dates in this matter.

　　　　**IT IS SO ORDERED.**

Dated: June 5, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE